Vanessa D. Thurman
Chief Probation Officer

Stephen S. Skinner
Deputy Chief Probation Officer

# United States Probation Office
# Western District of Oklahoma

# MEMORANDUM



| **Oklahoma City Office**<br>215 Dean A. McGee, Room 201<br>Oklahoma City, OK 73102<br>(405) 609-5800 | **Lawton Office**<br>410 Southwest Fifth, Room 101<br>Lawton, Oklahoma 73501-4268<br>(580) 353-0387 |
|---|---|

**DATE:** January 11, 2011

**REPLY TO:** Lori Olmstead
U.S. Probation Officer

**SUBJECT:** Switzer, Phillip Ray
Dkt. No. M-11-0005-P
TRANSFER OF JURISDICTION

**TO:** The Honorable Purcell
United States Magistrate Judge
Western District of Oklahoma

Mr. Switzer was sentenced by the Honorable Jeffrey C. Manske, Magistrate Judge, of the United States District Court in the Western District of Texas on November 18, 2010, for Possession of a Stolen or Unlawfully Produced Authentication Feature, and was sentenced to twenty-four (24) months probation. He started his term of probation in the Western District of Texas on November 18, 2010. His special condition includes the completion of 250 hours of community service.

Mr. Switzer is currently residing with his wife in Edmond, Oklahoma. He is working with the Metropolitan Library System for community service and doing a great job. Mr. Switzer has a stable residence and close family ties to the Western District of Oklahoma, and is respectfully requesting jurisdiction be transferred.

Attached for your review is the Order Transferring Jurisdiction.

Reviewed by:

*Lori Olmstead*

Lori Olmstead
U.S. Probation Officer
(405) 609-5842

*Burle G. Steelman*

Burle G. Steelman
Supervising U.S. Probation Officer