Probation Form No. 35 (6/98)

Report and Order Terminating Probation
Prior to Original Expiration Date

**FILED**

# UNITED STATES DISTRICT COURT
## Western District of Oklahoma

APR 0 9 2012

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____ DEPUTY

UNITED STATES OF AMERICA
vs.
Phillip Ray Switzer

Docket No.: M-11-00005-P

On November 18, 2010, the above named defendant was placed on probation for a period of twenty-four (24) months. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Phillip Ray Switzer be discharged from probation.

Respectfully submitted,

Lori Olmstead
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 6th day of April, 2012.

Gary M. Purcell
United States Magistrate Judge